227122
TDCJ-Terrell
1300 FM 655
Rosharon, Texas 77583
January 5, 2021

Clerk
United States District Court
Southern District of Texas
P. O. Box 61010
Houston, Texas 77208

      Re:  C.A. No. 4:20-CV-2895
           Appeal No. 20-20554
           Juan Enriquez v. Bobby Lumpkin

Dear Sir or Madam:

    I received an information letter from the United States Court of Appeals for the Fifth Circuit regarding the above referenced appeal. The letter informed me that "Pro se prisoners may request the record from the district court to prepare their briefs.".

    I request a copy of the record in the above referenced to prepare my Brief for Appellant.

    Please let me know if a motion is necessary.

                                Very truly yours,

                                Juan Enriquez

cc: Edward Larry Marshall

Juan Enriquez
227122
TDCJ-Terrell
1300 FM 655
Rosharon, Texas 77583

NORTH HOUSTON TX 773

15 JAN 2021 PM 5 L



United States Courts
Southern District of Texas
FILED

JAN 19 2021

Clerk
United States District Court
Southern District of Texas
P. O. Box 61010
Houston, Texas 77208

77208-101010