UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN ENRIQUEZ, <br> TDCJ #0227122, <br><br> Petitioner, <br><br> vs. <br><br> BOBBY LUMPKIN, Director, <br> Texas Department of Criminal Justice - <br> Correctional Institutions Division, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-20-2895 <br><br> APPEAL NO. 20-20554 |

## ORDER

On August 19, 2020, the court transferred this federal habeas corpus proceeding to the United States District Court for the Western District of Texas, San Antonio Division [Doc. # 4]. The petitioner filed a notice of appeal [Doc. # 11], which remains pending before the Fifth Circuit. The petitioner has now filed a motion asking this court to order state officials to produce records that are reportedly related to his underlying petition [Doc. # 18], which has been transferred. Because this case is closed, it is **ORDERED** that the petitioner's motion [Doc. # 18] is **DENIED**.

The Clerk shall provide a copy of this order to the petitioner.

SIGNED at Houston, Texas, on May 26, 2021.



ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE